THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Moses A.
 Frasier, Appellant.
 
 
 

Appeal From Charleston County
 James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-052
 Submitted January 2, 2009  Filed January
15, 2009    

AFFIRMED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney William M. Blitch, Jr., all of Columbia; and Solicitor Scarlett Anne
 Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: 
 Moses A. Frasier appeals his conviction
 and sentence for voluntary manslaughter, arguing the trial court erred in refusing to suppress a statement
 he made to a police officer.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v. Navy,
 370 S.C. 398, 405, 635 S.E.2d 549, 553 (Ct. App. 2006) (Appellate review
 of whether a person is in custody for Miranda purposes is limited to a
 determination of whether the trial judges ruling is supported by the record.); Bradley v. State, 316 S.C. 255, 257, 449 S.E.2d 492, 493-94 (1994) (The
 relevant inquiry is whether a reasonable man in the suspects position would
 have understood himself to be in custody.).
AFFIRMED.
HEARN,
C.J., SHORT and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.